**STERNS & WEINROTH, P.C.**
50 West State Street, Suite 1400
Post Office Box 1298
Trenton, New Jersey 08607-1298
Telephone: (609) 392-2100
Facsimile: (609) 392-7956

**PRYOR CASHMAN LLP**
410 Park Avenue
New York, New York 10022
Telephone: (212)421-4100

*Attorneys for Plaintiff Virgin Records America, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation, | : :  : |
| Plaintiff, | : CIVIL ACTION : Case No.: 2:05-cv-02511 (JAG) (MCA) |
| v. | : : |
| KIM SPARANO, DOES Nos. 1-50, inclusive, and XYZ COMPANY Nos. 1-50, inclusive; and BENJAMIN SPARANO, | : : **ORDER TAXING COSTS PURSUANT** : **TO LOCAL CIVIL RULE 79.4** : |
| Defendants. | : |

---

**THIS MATTER,** having been opened to the Court on the application of Plaintiff Virgin Records America, Inc. ("Virgin Records"), by counsel, Sterns & Weinroth, P.C. and Pryor Cashman LLP, on notice to Defendants Kim Sparano and Benjamin Sparano, for entry of an Order taxing costs in favor of Virgin Records pursuant to Local Civil Rule 79.4; and the Court having received the mandate on the opinion of the United States Court of Appeals for the Third Circuit, filed on September 20, 2007 (Docket No. 38), and for good cause shown;

IT IS on this  12th  day of  October  2007,

**ORDERED** that pursuant to the September 20, 2007 mandate on the opinion of the United States Court of Appeals for the Third Circuit, costs be and hereby are taxed against Defendants Kim Sparano and Benjamin Sparano in the amount of $80.40.

_____
Hon. Joseph A. Greenaway, Jr., U.S.D.J.